IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BLACKFEET NATION, <br><br> Plaintiff, <br><br> vs. <br><br> COREY STAPLETON, in his official capacity as Montana Secretary of State, THE COUNTY OF PONDERA, as a political subdivision organized under the laws of the State of Montana, KODY FARKELL, in her official capacity as Pondera County Clerk & Recorder/Election Administrator, DALE SEIFERT, in his official capacity as Pondera County Commissioner, THOMAS A. KUKA, in his official capacity as Pondera County Commissioner, and JIM MORREN, in his official capacity as Pondera County Commissioner, <br><br> Defendants. | CV 20–95–GF–DLC <br><br><br> ORDER |

    Yesterday afternoon, the Court set an expedited briefing and trial schedule in this case. (Doc. 8.) Shortly thereafter, Plaintiff Blackfeet Nation filed a Notice of Voluntary Dismissal without Prejudice against all Defendants, explaining that the parties agreed that Defendants from Pondera County will provide a satellite election office on the Blackfeet Indian Reservation at Heart Butte High School. (Doc. 9.) As Plaintiff points out, no Defendant has yet served an answer or filed a

Case 4:20-cv-00095-DLC   Document 10   Filed 10/15/20   Page 2 of 2

motion for summary judgment. Thus, Plaintiff properly may dismiss this matter without leave from the Court to do so. Fed. R. Civ. P. 41(a)(1)(A)(i).

In light of Plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), IT IS ORDERED that all pending motions are DENIED AS MOOT, and all pending deadlines, including the hearing set for October 22, 2020, are VACATED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to close this case.

Dated this 15th day of October, 2020.

/s/ Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court